# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 257-1900
Fax: (646) 808-0966
Email: ztaylor@taylorcohenllp.com

September 21, 2022

*By ECF*

The Honorable John. P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Juan Tepi*, **21 CR 565 (JPC)**

Dear Judge Cronan,

    I represent Juan Tepi in the above-referenced case under the CJA. I am writing to respectfully request a 60-day adjournment of Mr. Tepi's sentencing, which is scheduled for October 11, 2022. The is the first request for an adjournment of Mr. Tepi's sentencing date. The government consents to this request.

    The reason for the request is that I am preparing for a four-week trial in the Eastern District of New York, which will commence on October 17, 2022, and need additional time to obtain medical records and other materials for Mr. Tepi's sentencing.

Sincerely,

Zachary S. Taylor

Defendant Tepi's unopposed request is granted. Defendant Tepi's sentencing hearing, currently scheduled for October 11, 2022, is adjourned to December 13, 2022, at 10:00 a.m. in Courtroom 12D, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

September 21, 2022
New York, New York

JOHN P. CRONAN
United States District Judge